# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK EUGENE JOHNSON | : | Civil No. 1:20-cv-0251 |
| Petitioner, | : | |
| v. | : | |
| Warden of SCI-Smithfield, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The Petitioner's request that disposition of his pending habeas corpus petition be stayed (Doc. 2) is **GRANTED.**

2. Adjudication of the Petitioner's federal habeas corpus action is **STAYED**.

3. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report with the Court detailing the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the state court's disposition.

4. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: February 28, 2020